IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40749
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID BENAVIDEZ-RAMIREZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-116-1
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

David Benavidez-Ramirez appeals his sentence following a guilty plea for reentry after deportation in violation of 8 U.S.C. § 1326. Benavidez-Ramirez argues that he could not be sentenced under § 1326(b) because the indictment did not allege that he had a prior felony conviction. His argument is foreclosed by the Supreme Court's decision in <u>Almendarez-Torres v. United States</u>, ___ U.S. ___, 1998 WL 126904, at *3, *8 (U.S. Mar. 24, 1998).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.